IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| THE NOCO COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHENZHEN DINGJIANG TECHNOLOGY<br>CO., LTD. D/B/A TOPDON<br><br>AND<br><br>USA TOPDON LLC D/B/A TOPDON,<br><br>                    Defendants. | Case No.: <u>1:21-cv-01483</u><br><br>JUDGE DAN AARON POLSTER<br>Magistrate Judge William H. Baughman, Jr. |

### DECLARATION OF JOELLE A. MILOV, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

JOELLE A. MILOV, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am an attorney at Cowan, Liebowitz & Latman, P.C., attorneys for Defendants Shenzhen Dingjiang Technology Co., Ltd. D/B/A Topdon and USA Topdon LLC D/B/A Topdon (collectively, "Topdon" or "Defendants").  I submit this declaration in support of Topdon's motion to dismiss the complaint filed by Plaintiff The Noco Company ("Noco").  This declaration is based on my personal knowledge and/or review of my firm's files and records, and if called as a witness am competent to testify to the matters herein.

2.      Attached hereto as **Exhibit A** is a true and accurate copy of United States Design Patent No. US D867,985 S ("D985 Patent"), entitled "Combination Jump Starter and Display," owned by Noco.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.    EXECUTED ON OCTOBER 15, 2021 AT PITTSBURGH, PENNSYLVANIA.

_____

Joelle A. Milov

2

# EXHIBIT A

US00D867985S

(12) **United States Design Patent** (10) Patent No.: **US D867,985 S**
Nook et al. (45) Date of Patent: ** **Nov. 26, 2019**

(54) **COMBINATION JUMP STARTER AND DISPLAY**

(71) Applicant: **THE NOCO COMPANY**, Glenwillow, OH (US)

(72) Inventors: **Jonathan Lewis Nook**, Gates Mills, OH (US); **William Knight Nook, Sr.**, Shaker Heights, OH (US); **James Richard Stanfield**, Peoria, AZ (US); **Derek Michael Underhill**, Tempe, AZ (US)

(73) Assignee: **THE NOCO COMPANY**, Glenwillow, OH (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/630,642**

(22) Filed: **Dec. 21, 2017**

(51) LOC (12) Cl. ............................................... **13-02**

(52) **U.S. Cl.**
USPC .......................................... **D13/107**

(58) **Field of Classification Search**
USPC .................. D13/106–110, 118, 184; D15/9
CPC ....... Y02E 60/12; Y02T 90/14; Y02T 90/122; Y02T 90/128; Y02T 90/163; Y02T 10/7005; Y02T 10/705; Y02T 10/7088; H02J 7/025; H02J 7/0042; H02J 7/0044; H02J 7/0045; H02J 7/0003; H02J 7/0034;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

D47,781 S * 9/1915 Carson ........................ D11/104
3,933,140 A 1/1976 Gynn
(Continued)

FOREIGN PATENT DOCUMENTS

DE        295 07 501 U1    6/1995
DE    20 2009 016 260 U1   3/2010
(Continued)

OTHER PUBLICATIONS

Hand Display Black TIneye.com. [online][published Mar. 19, 2010][Retrieved Jun. 12, 2019] <url:https:!tineye.com/search/4e8edb8d9936d7b87591eaabc6ef8be520b559a4?page=1> (Year: 2010).*

(Continued)

Primary Examiner — Rosemary K Tarcza
Assistant Examiner — Nathaniel D. Buckner
(74) Attorney, Agent, or Firm — Vorys, Sater, Seymour and Pease LLP; William L. Klima

(57) **CLAIM**

The ornamental design for a combination jump starter and display, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a first embodiment of a combination jump starter and display showing our new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a left-side view thereof view;
FIG. **5** is a right-side view thereof;
FIG. **6** is a top view thereof; and
FIG. **7** is a bottom view thereof.
FIG. **8** is a perspective view for a second embodiment of a combination jump starter and display showing our new design;
FIG. **9** is a front view thereof;
FIG. **10** is a rear view thereof;
FIG. **11** is a left-side view thereof view;
FIG. **12** is a right-side view thereof;
FIG. **13** is a top view thereof; and,
FIG. **14** is a bottom view thereof.

**1 Claim, 14 Drawing Sheets**



# US D867,985 S

Page 2

(58) **Field of Classification Search**
CPC .. H02J 7/0054; H02J 7/1423; H02J 2001/006;
H01F 38/14; H01M 2/1022; H01M
2/1055; H01M 10/44; H01M 10/46;
H01M 10/425; B60L 11/182
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,041,445 | A | 8/1977 | Carter |
| D260,626 | S * | 9/1981 | Kadar ........................ D11/160 |
| 4,885,524 | A | 12/1989 | Wilburn |
| 4,910,628 | A | 3/1990 | Minagawa et al. |
| 4,931,731 | A | 6/1990 | Jenks |
| 5,019,767 | A | 5/1991 | Shirai et al. |
| 5,083,076 | A | 1/1992 | Scott |
| 5,111,130 | A | 5/1992 | Bates |
| 5,189,359 | A | 2/1993 | Kronberg |
| 5,486,434 | A | 1/1996 | Aoyama |
| 5,635,817 | A | 6/1997 | Shiska |
| 5,635,818 | A | 6/1997 | Quintero |
| 5,793,185 | A | 8/1998 | Prelec et al. |
| 5,795,182 | A | 8/1998 | Jacob |
| 5,921,809 | A | 7/1999 | Fink |
| 5,965,998 | A | 10/1999 | Whiting et al. |
| 6,054,779 | A | 4/2000 | Zubko |
| 6,130,519 | A | 10/2000 | Whiting et al. |
| 6,140,796 | A | 10/2000 | Martin et al. |
| 6,147,471 | A | 11/2000 | Hunter |
| 6,212,054 | B1 | 4/2001 | Chan |
| 6,262,492 | B1 | 7/2001 | Sheng |
| 6,262,559 | B1 | 7/2001 | Eggert et al. |
| D447,334 | S * | 9/2001 | Williams ........................ D3/215 |
| 6,362,599 | B1 | 3/2002 | Turner et al. |
| 6,632,103 | B1 | 10/2003 | Liu |
| 6,648,701 | B2 | 11/2003 | Mouissie |
| D485,810 | S | 1/2004 | Fiocchi |
| 6,756,764 | B2 | 6/2004 | Smith et al. |
| 6,803,743 | B2 | 10/2004 | George et al. |
| 6,822,425 | B2 | 11/2004 | Krieger et al. |
| 7,148,580 | B2 | 12/2006 | Sodemann et al. |
| 7,301,303 | B1 | 11/2007 | Hulden |
| 7,749,031 | B2 | 7/2010 | Detter |
| D625,653 | S * | 10/2010 | De Felice ........................ D11/160 |
| D628,650 | S * | 12/2010 | Lake ........................ D20/33 |
| 7,872,361 | B2 | 1/2011 | McFadden |
| D634,313 | S | 3/2011 | Fitzpatrick et al. |
| 8,076,900 | B1 | 12/2011 | Brown |
| D654,246 | S * | 2/2012 | Bengyak ........................ D2/619 |
| D654,854 | S * | 2/2012 | Inskeep ........................ D13/107 |

| | | | |
|---|---|---|---|
| 8,172,603 | B1 | 5/2012 | Richard, Jr. |
| 8,199,024 | B2 | 6/2012 | Baxter et al. |
| D664,207 | S * | 7/2012 | Bengyak ........................ D20/29 |
| D664,501 | S | 7/2012 | Inskeep |
| 8,376,775 | B2 | 2/2013 | Rinehardt |
| D681,550 | S * | 5/2013 | Corbin ........................ D13/103 |
| 8,493,021 | B2 | 7/2013 | Richardson et al. |
| D687,768 | S | 8/2013 | Minamikawa |
| D694,176 | S | 11/2013 | Buetow et al. |
| D694,180 | S * | 11/2013 | Inskeep ........................ D13/107 |
| D701,490 | S * | 3/2014 | Inskeep ........................ D13/110 |
| D745,455 | S * | 12/2015 | Nook ........................ D13/103 |
| D746,770 | S * | 1/2016 | Nook ........................ D13/103 |
| D815,863 | S * | 4/2018 | Wheeler ........................ D6/674 |
| D832,781 | S * | 11/2018 | Nook ........................ D13/107 |
| D836,064 | S * | 12/2018 | Liu ........................ D13/102 |
| D845,229 | S * | 4/2019 | Chen ........................ D13/103 |
| D845,230 | S * | 4/2019 | Nook ........................ D13/107 |
| 2002/0041174 | A1 | 4/2002 | Purkey |
| 2004/0130298 | A1 | 7/2004 | Krieger et al. |
| 2005/0040788 | A1 | 2/2005 | Tseng |
| 2005/0110467 | A1 | 5/2005 | Thomason |
| 2005/0252573 | A1 | 11/2005 | Montani |
| 2006/0201558 | A1 | 9/2006 | Marty et al. |
| 2007/0285049 | A1 | 12/2007 | Krieger et al. |
| 2008/0213653 | A1 | 9/2008 | Marukawa et al. |
| 2010/0301800 | A1 | 12/2010 | Inskeep |
| 2011/0068734 | A1 | 3/2011 | Waldron |
| 2011/0116861 | A1 | 5/2011 | Zhang et al. |
| 2012/0091944 | A1 | 4/2012 | Rogers |
| 2013/0154543 | A1 | 6/2013 | Richardson et al. |
| 2013/0164600 | A1 | 6/2013 | Rosskamp et al. |
| 2013/0314041 | A1 | 11/2013 | Proebstle |
| 2014/0159509 | A1 | 6/2014 | Inskeep |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 20 2013 102 599 U1 | 8/2013 |
| EP | 2 472 698 A2 | 7/2012 |
| WO | 2004/036714 A1 | 4/2004 |
| WO | 2013-137873 A1 | 9/2013 |

OTHER PUBLICATIONS

Hand Display Chrom TIneye.com. [online][published Nov. 22, 2013][Retrieved Jun. 12, 2019] <url:https://tineye.com/search/ 04c0afff891da06df214d842ef8cc3b47e7049ae?page=1> (Year: 2013).*
U.S. Trademark Application No. 86030590 filed on Aug. 6, 2013, including drawing and sample.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*

Case: 1:21-cv-01483-DAP  Doc #: 13-1  Filed:  10/18/21  10 of 19.  PageID #: 105



*FIG. 5*



**FIG. 6**



*FIG. 7*



*FIG. 8*



*FIG. 9*

Case: 1:21-cv-01483-DAP  Doc #: 13-1  Filed:  10/18/21  15 of 19.  PageID #: 110



*FIG. 10*

Case: 1:21-cv-01483-DAP  Doc #: 13-1  Filed: 10/18/21  16 of 19.  PageID #: 111



*FIG. 11*



*FIG. 12*

**U.S. Patent**       Nov. 26, 2019       Sheet 13 of 14       **US D867,985 S**



*FIG. 13*



*FIG. 14*